FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

DENNIS GREEN,

          Petitioner,

   v.

TERESA A. SCHWARTZ, Warden,

          Respondent.

No.  CV 06-4456-ODW (AGR)

**JUDGMENT**

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  _____1-15-2008_____

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE